**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 13-cv-02747-REB-BNB

KEIFER JOHNSON,

    Plaintiff,

vs.

WESTERN STATE COLORADO UNIVERSITY,
BRAD BACA, in his official capacity as president of Western State Colorado University,
GARY PIERSON, in his official capacity as Vice President Student Affairs & Dean of Students, and
SARA PHILLIPS, individually, and in her official capacity as Title IX Coordinator,

    Defendants.

## ORDER OF DISQUALIFICATION

**Blackburn, J.**

On October 8, 2013, this civil action was assigned to me pursuant to **D.C.COLO.LCivR 40.1A**. However, I am a 1972 graduate of defendant, Western State Colorado University,[1] and continue to hold it and its administration and student body in high regard. Accordingly, my impartiality might reasonably be questioned, and the appearance of impropriety may very well exist, warranting the *sua sponte* recusal and disqualification of the court as required by **28 U.S.C. § 455 (a)**[2] and **Canon 3 C (1) of the Code of Conduct for United States Judges**, 175 F.R.D. 364, 368 (1998).

---

[1] In 1972 the name of the school was Western State College.

[2] The standard for impartiality under **28 U.S.C. § 455(a)** is an objective one, requiring recusal only "if a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." ***United States v. Cooley***, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted).

**THEREFORE, IT IS ORDERED** that the undersigned district judge is disqualified from presiding or acting further in this case.

Dated October 9, 2013, in Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge