IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 21, 2013 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Civil Action No. 13-cv-02747-WJM-BNB | <u>Counsel:</u> |
| KEIFER JOHNSON, | Gregory Stross |
| Plaintiff, | |
| v. | |
| WESTERN STATE COLORADO UNIVERSITY, et al., | Michelle Merz-Hutchinson<br>Jonathan Fero<br>Bernard Buescher |
| Defendants. | Erica Weston |

_____

## COURTROOM MINUTES
_____

HEARING on Motion for Temporary Restraining Order

02:07 p.m.    Court in Session

Appearances

Court's comments

This matter is before the Court for a hearing on the Plaintiff's Emergency *Ex Parte* Motion for a Temporary Restraining Order (ECF No. 23).

**ORDERED: The defendants' Motion for Telephone Testimony, for today's hearing, (ECF NO. 32) is GRANTED.**

02:09  Argument (by Mr. Stross)

02:25  Argument (by Ms. Merz-Hutchinson)

Court's Comments

Ms. Merz-Hutchinson confirms that it is the Attorney General's intention for the Defendants' Brief in Opposition to Plaintiff's Motion for Preliminary Injunction and Emergency *Ex Parte* Motion for Temporary Restraining Order (ECF NO. 34) to be its response to the original Motion for Preliminary Injunction.

02:48   Argument (by Mr. Stross)

02:54   Argument (by Ms. Merz-Hutchinson)

Court's comments

**ORDERED:   Plaintiff's Motion for Temporary Restraining Order (ECF NO. 23) is GRANTED, effective until November 4, 2013.**

**The Court will enter a written order setting forth its findings.**

**ORDERED:   The defendants have up to and including Wednesday, October 23, 2013, to supplement their response to the motion for preliminary injunction with declarations by the three individuals, Chris Luekenga, Gary Pierson and Sara Phillips.  The supplement shall address in detail the scope and contour of the Defendants' proposed disciplinary hearing.**

**ORDERED:   The briefing schedule is MODIFIED.  Plaintiff has up to and including October 30, 2013 to file his reply in support of his motion for a preliminary injunction, specifically addressing therein the need for an evidentiary hearing on the preliminary injunction motion.**

03:07 p.m.   Court in Recess
             Hearing concluded
             Time: 60 minutes