IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-02747-WJM-BNB | Date: March 7, 2014 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KIEFER JOHNSON, | *Gregory Robert Stross* |
| **Plaintiff,** | |
| v. | |
| WESTERN STATE COLORADO UNIVERSITY, | *Bernard A. Buescher* |
| BRAD BACA, | *Jonathan Patrick Fero* |
| GARY PIERSON, | *Michelle M. Merz-Hutchinson* |
| SARA PHILLIPS, | |
| **Defendants.** | |

### COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  2:59 p.m.

Appearance of counsel.

Argument presented on Plaintiff's Motion for Leave to File a Second Amended Complaint and for Joinder of An Additional Defendant [62] filed on February 18, 2014.

For the reasons stated on the record, it is

**ORDERED:** Plaintiff's Motion for Leave to File a Second Amended Complaint and for Joinder of An Additional Defendant [62] is GRANTED. The clerk of the court is ordered to accept the amended complaint.

Parties are encouraged to participate in a settlement conference.

Court in Recess:  3:40 p.m.    Hearing concluded.    Total time in Court: 00:41

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.