IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02747-WJM-BNB

KEIFER JOHNSON,.

Plaintiff,

v.

WESTERN STATE COLORADO UNIVERSITY,
BRAD BACA, individually and in his official capacity as President of Western State Colorado University,
GARY PIERSON, individually and in his official capacity as Vice President for Student Affairs and Dean of Students,
SARA PHILLIPS, individually and in her official capacity as Title IX coordinator, and
CHRIS LUEKENGA, individually and in his official capacity as Associate Vice President for Student Affairs,

Defendants.
_____

**ORDER**
_____

Now before me is the **Plaintiff's Motion for Leave to File a Second Amended Complaint and for Joinder of an Additional Defendant** [Doc. # 62, filed 2/18/2014] (the "Motion to Amend").  I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 62] is GRANTED;

(2) The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Jury Demand [Doc. # 62-1]; and

(3) The case caption is modified as indicated above.

Dated March 7, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge