IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02747-WJM-BNB

KEIFER JOHNSON,.

Plaintiff,

v.

WESTERN STATE COLORADO UNIVERSITY,
BRAD BACA, individually and in his official capacity as President of Western State Colorado University,
GARY PIERSON, individually and in his official capacity as Vice President for Student Affairs and Dean of Students,
SARA PHILLIPS, individually and in her official capacity as Title IX coordinator,
CHRIS LUEKENGA, individually and in his official capacity as Associate Vice President for Student Affairs, and
SUSAN COYKENDALL, individually and in her capacity as an employee of Western State,

Defendants.

_____

**ORDER**
_____

Pending is the **Plaintiff's Motion to Lift Stay of Discovery** [Doc. # 169, filed 10/1/2014] (the "Motion").

Earlier today, the district judge issued an Order Granting In Part and Denying In Part Defendants' Motions to Dismiss [Doc. # 173]. The district judge dismissed all claims except the plaintiff's § 1983 First Amendment claim to the extent it seeks prospective injunctive relief expunging the First Disciplinary Proceeding from Plaintiff's official academic record.

I previously stayed all discovery "pending a ruling on the defendants' defenses of qualified and Eleventh Amendment immunity." Amended Order [Doc. # 145] at p. 2. The stay, by its express terms, has now expired. However, I also vacated all deadlines in the Scheduling

Order. Id. In addition, the contours of the case are altered dramatically as a result of the district judge's Order on dismissal.

IT IS ORDERED:

(1)     The Motion [Doc. # 169] is DENIED as moot;

(2)     All discovery is STAYED pending the entry of a supplemental scheduling order; and

(3)     The parties shall confer and file a joint status report on or before November 3, 2014, addressing the pretrial proceedings which should be scheduled.

Dated October 24, 2014.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge