IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02747-WJM-BNB

KEIFER JOHNSON,.

Plaintiff,

v.

WESTERN STATE COLORADO UNIVERSITY,
BRAD BACA, individually and in his official capacity as President of Western State Colorado University,
GARY PIERSON, individually and in his official capacity as Vice President for Student Affairs and Dean of Students,
SARA PHILLIPS, individually and in her official capacity as Title IX coordinator,
CHRIS LUEKENGA, individually and in his official capacity as Associate Vice President for Student Affairs, and
SUSAN COYKENDALL, individually and in her capacity as an employee of Western State,

Defendants.

_____

**ORDER**
_____

The parties appeared today for a status conference. I made rulings at the status conference which are incorporated here.

IT IS ORDERED:

(1) Discovery is STAYED pending further order of the court.

(2) Within ten days of any ruling on Defendants' 12(b)(1) Motion to Dismiss [Doc. # 178] the parties shall file status reports addressing the ruling and whether any pretrial matters remain to be scheduled.

Dated November 13, 2014.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge